**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

BALJINDER SINGH,

Petitioner,

v. Case No. 1:26-cv-01249 KWR-KK

WARDEN, *Torrance County Detention Center*,
MARY DE ANDA-YBARRA, *Field Office Director, El Paso,*
*U.S. Immigration and Customs Enforcement,*
TODD LYONS, *Acting Director,*
*Immigration and Customs Enforcement,*
TODD BLANCHE, *Acting U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department*
*of Homeland Security*,

Respondents.

**ORDER DIRECTING BRIEFING**

THIS MATTER comes before the Court on Petitioner's Emergency Motion for Immediate Release and to Enforce the Court's Orders (**Doc. 20)** (the "Motion to Enforce"). Petitioner's counsel asserts that she has not been provided adequate notice or opportunity to attend the bond hearing.

The Court directs Respondents to file a response within **fourteen (14) days** of the entry of this order. Petitioner shall file a reply within **fourteen (14) days** of the filing of the response.

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE