**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BALJINDER SINGH,

Petitioner,

v.

WARDEN, TORRANCE COUNTY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-01249-KWR-KK

**STIPULATED ORDER GRANTING PETITIONER'S EMERGENCY MOTION FOR IMMEDIATE RELEASE AND TO ENFORCE THE COURT'S ORDERS OF MAY 28, 2026 AND OCTOBER 9, 2026**

THIS MATTER is before the Court on Petitioner's Emergency Motion for Immediate Release and to Enforce the Court's Orders of May 28, 2026 and October 9, 2026 (the "Emergency Motion"), filed October 15, 2026, and the parties' Stipulation and Notice of Respondents' Concurrence filed October 16, 2026. Respondents having concurred in the Emergency Motion and in the relief requested therein, including the alternative relief requested in Part III.D thereof, and the Court having considered the Emergency Motion, the exhibits thereto, the Stipulation, and the record in this case, and being otherwise fully advised,

**IT IS THEREFORE ORDERED that:**

A. Petitioner's Emergency Motion (ECF No. 20) is **GRANTED**.

B. **Immediate Release.** Respondents shall release Petitioner from custody within twenty-four (24) hours of the entry of this Order, on appropriate conditions of supervision.

C. Respondents shall file a notice confirming Petitioner's release, and the date and time thereof, within one (1) business day of his release.

D. The Court retains jurisdiction to enforce this Order and its Orders of May 28, 2026 and October 9, 2026, and Petitioner may renew his request for immediate release should Respondents fail to comply with this Order.

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

SUBMITTED (as modified by the Court) BY:

/s/ Keren Ohana
Keren Ohana, Esq.
Law Office of Keren Ohana
26 Court Street, Suite 1917
Brooklyn, NY 11242
Tel: (347) 772-3232
kerenohanaesq@gmail.com
Counsel for Petitioner

APPROVED BY:

/s/ Kristin Guin
Approved via electronic mail on October 16, 2026
Kristin Guin
Assistant United States Attorney
United States Attorney's Office
District of New Mexico
Kristin.Guin@usdoj.gov
Counsel for Respondents